**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Alessandro Marques De Souza
**Petitioner**

V.

CIVIL ACTION
NO. 26cv11093-WGY

Patricia Hyde et al
**Respondents**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

    In accordance with the Court's ELECTRONIC ORDER of March 24, 2026, it is hereby ORDERED that this action is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

March 24, 2026